UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., | Case No. 05-05232 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME [Docket No. 8] AND DENYING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY [Docket No. 11]** |
| TARGET CORPORATION, | |
| Defendant(s). | |

On December 20, 2005, Plaintiff filed a Motion to Shorten Time to Hear Their Motion for Expedited Discovery, and Motion for Expedited Discovery (the "Motions").

IT IS HEREBY ORDERED THAT the Motions are DENIED. The parties are to hold a Rule 26(f) conference within twenty (20) days of December 27, 2005. Discovery may commence after the Rule 26(f) conference.

IT IS SO ORDERED.

Dated: December 27, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge