**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,                                    Case No.  05-05232 JCS

        Plaintiff(s),

    v.                                    **ORDER DENYING PLAINTIFF'S
                                                MOTION TO SHORTEN TIME [Docket
                                                No. 8] AND DENYING PLAINTIFF'S**
TARGET CORPORATION,                             **MOTION FOR EXPEDITED DISCOVERY
                                                [Docket No. 11]**

        Defendant(s).
_____/

     On December 20, 2005, Plaintiff filed a Motion to Shorten Time to Hear Their Motion for Expedited Discovery, and Motion for Expedited Discovery (the "Motions").

     IT IS HEREBY ORDERED THAT the Motions are DENIED. The parties are to hold a Rule 26(f) conference within twenty (20) days of December 27, 2005.  Discovery may commence after the Rule 26(f) conference.

     IT IS SO ORDERED.

Dated:  December 27, 2005

                                _____
                                JOSEPH C. SPERO
                                United States Magistrate Judge