UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.
_____/

No. C 05-5232 PJH

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

The court having filed an order relating the instant case to <u>Plantronics, Inc. v. E.S.I. Casses and Accessories, Inc.,</u> Case No. 05-3258, the Case Management Conference currently scheduled for April 21, 2006 is hereby VACATED and RESCHEDULED for April 6, 2006 at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**SO ORDERED.**

Dated: February 24, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1