1  DARRYL M. WOO (CSB No. 100513)  MATTHEW I. KREEGER (CSB No. 153793)
   dwoo@fenwick.com                mkreeger@mofo.com
2  MICHAEL A. SANDS (CSB No. 178788)  OLIVER Q. DUNLAP (CSB No. 225566)
   msands@fenwick.com              odunlap@mofo.com
3  JOHN E. JANHUNEN (CSB No. 229504)  MORRISON & FOERSTER LLP
   jjanhunen@fenwick.com          425 Market Street
4  FENWICK & WEST LLP              San Francisco, CA 94105
   275 Battery Street             Telephone: (415) 268-7000
5  San Francisco, CA 94111        Facsimile: (415)-268-7522
   Telephone: (415) 875-2300
6  Facsimile: (415) 281-1350      JAMES R. STEFFEN (*pro hac* to be filed)
                                   jrsteffen@faegre.com
7  Attorneys for Plaintiff        FAEGRE & BENSON LLP
   PLANTRONICS, INC.              2200 Wells Fargo Center
8                                 90 South Seventh Street
                                   Minneapolis, MN 55402-3901
9                                 Telephone: (612) 766-7000
                                   Facsimile: (612)-766-1600
10

11                                 Attorneys for Defendant
                                   TARGET CORPORATION
12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15
   PLANTRONICS, INC.,             )  Case No. CV 05-05232 PJH
16      a Delaware corporation,    )
                                   )  **STIPULATION AND [PROPOSED]**
17      Plaintiff,                 )  **ORDER OF DISMISSAL**
                                   )  **WITH PREJUDICE UNDER**
18      v.                         )  **FED. R. CIV. P. 41(a)**
                                   )
19  TARGET CORPORATION,            )
        a Minnesota corporation,   )
20                                 )
        Defendant.                 )
21  _____)

22

23      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Plantronics, Inc. ("Plantronics") and Defendant

24  Target Corporation ("Target") hereby stipulate to dismissal with prejudice of the instant action and

25  all claims pleaded in the instant action (including Plantronics' claims against Target for

26  infringement of United States Patent No. Des. 475,694 and United States Patent No. Des. 480,072,

27  / / /

28  / / /

1   infringement of the trade dress of Plantronics' MX150 headset product, and unfair competition

2   under Cal. Bus. & Prof. Code § 17200), without the award of costs or expenses, including

3   attorneys' fees, to any party.

4

5   DATED:  May 1, 2006                         FENWICK & WEST LLP

6

7                                        By:     /s/ Darryl M. Woo

8                                                Darryl M. Woo

9                                                Attorneys for Plaintiff
                                                 PLANTRONICS, INC.

10

11  DATED:  May 1, 2006                         MORRISON & FOERSTER LLP

12

13                                       By:     /s/  Oliver Dunlap

14                                               Oliver Dunlap

15                                               Attorneys for Defendant
                                                 TARGET CORPORATION

16

17

18

19            **ATTESTATION PURSUANT TO GENERAL ORDER 45**

20        I, Darryl M. Woo, attest that concurrence in the filing of this document has been obtained

21  from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

22        I declare under penalty of perjury under the laws of the United States of America that the

23  foregoing is true and correct.  Executed this 1st day of May, 2006 at San Francisco, California.

24

25                                       By:    /s/Darryl M. Woo
                                                Darryl M. Woo

26                                              Attorneys for Plaintiff

27

28

1484131

1

2                                    **<u>ORDER</u>**

3

4            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6

7   Dated:   May  11, 2006

8                                                   Hon. Phyllis J.
                                                    United St

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1484131

1

## PROOF OF SERVICE

2

The undersigned declares that:

3

I, John E. Janhunen, am employed in the County of San Francisco, State of California.

4

I am over the age of 18 and not a party to this action.  My business address is:  Fenwick & West

5

LLP, 275 Battery Street, 16th Floor, San Francisco, California  94111.

6

On May 1, 2006, I caused to be served the attached:

7

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)**

8

on the parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

9

10

JAMES R. STEFFEN
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
jrsteffen@faegre.com

11

12

13

14

☐     **FACSIMILE**:  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date

15

16

☐     **US MAIL**:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth above.

17

☒     **EMAIL**:  by causing to be transmitted via e-mail courtesy copies of the document(s) listed above to person(s) set forth below

18

19

I declare under penalty of perjury under the laws of the State of California that the

20

foregoing is true and correct.

21

22

Date:   May 1, 2006

      /s/ John E. Janhunen
           John E. Janhunen

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
Case No. CV 05-05232 PJH

1484131